# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | <u>Schlemmer v. Pennsylvania Department of Corrections, et al</u> | : : : : : | Civil Action No. 1:18-CV-1172 (Chief Judge Conner) |
| Inmate: | Laurel Schlemmer, Frederick Banks as Next Friend of for Laurel Schlemmer | : : : : | |
| ID No. | 0063533 | : | |

## ORDER

This habeas corpus action was filed without a filing fee or a proper application to proceed *in forma pauperis*.[1] (Doc. 1).

Accordingly, an Administrative Order issued on June 11, 2018, in which the petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed *in forma pauperis*. (Doc. 3).

On July 6, 2018, the 30 Day Administrative Order was returned as "Undeliverable" to Laurel Schlemmer. (Doc. 5).

More than thirty (30) days have elapsed and the Petitioner has not submitted the filing fee or the appropriate application to proceed *in forma pauperis*.

---

[1] Although petitioner filed an Application to Proceed without Prepayment of fees and Affidavit, this is not the proper form used by this Court and he failed to submit a certified statement of his institutional account.

THEREFORE, IT IS ORDERED THAT this action is dismissed, without prejudice, and the Clerk of Court shall close this file.

      /S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

DATE: July 11, 2018